1  LINDBERGH PORTER, JR. (BAR NO. 100091)
   BALDWIN J. LEE (BAR NO. 187413)
2  ALLEN MATKINS LECK GAMBLE & MALLORY LLP
   Three Embarcadero Center, 12th Floor
3  San Francisco, CA 94111-4074
   Phone: (415) 837-1515
4  Fax: (415) 837-1516
   Email: blee@allenmatkins.com
5
   Attorneys for Defendant
6  THE SAN FRANCISCO CHRONICLE

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DAVID PERRAPATO,                     | Case No. C05-01017 PJH
12         Plaintiff,                   | **STIPULATION AND [PROPOSED] ORDER RESETTING JULY 14, 2005 INITIAL CASE MANAGEMENT CONFERENCE**
13     vs.                              |
14 THE SAN FRANCISCO CHRONICLE,         |
15         Defendant.                   |

646726.01/SF

1  The Court issued an order on June 22, 2005 for supplemental briefing regarding Plaintiff's
2  Motion for Remand. The supplemental briefing is scheduled for completion by August 3, 2005,
3  pursuant to the Court's Order.
4  The parties jointly request that the Initial Case Management Conference currently set for
5  July 14, 2005 be continued until after the Court has ruled upon the Motion for Remand as Plaintiff
6  intends to dismiss his claims with prejudice if the Court denies his remand motion.

Respectfully Submitted,

Dated: June 30, 2005

ALLEN MATKINS LECK GAMBLE &
MALLORY LLP
LINDBERGH PORTER, JR.
BALDWIN J. LEE

By: _____
BALDWIN J. LEE
Attorneys for Defendant
THE SAN FRANCISCO CHRONICLE

Dated: June 30, 2005

LEWIS & JOHNSON
WILLIAM GORDON LEWIS

By: _____
WILLIAM G. LEWIS
Attorneys for Plaintiff
DAVID PERRAPATO

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

646726.01/SF

-1-

Case No. C05-01017 PJH
STIPULATION AND [PROPOSED] ORDER

## ORDER

1  
2  IT IS ORDERED that the Initial Case Management Conference currently set for July 14,
3  2005 is reset for Sept. 1, 2005 at 2:30 p.m. ~~2:30 p.m.~~ and that at least seven (7) days before the Initial Case Management
4  Conference the parties shall complete initial disclosures, file/serve Case Management Statement,
5  and file/serve Rule 26(f) report.
6  
7  Dated: July 11, 2005
8  
_____  
PHYLLIS J. HAMILTON  
Judge, United States District Court

Allen Matkins Leck
Gamble & Mallory LLP
attorneys at law

646726.01/SF

Case No. C05-01017 PJH
STIPULATION AND [PROPOSED] ORDER
-2-